**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| ADAM RUHNKE, | ) | |
| | ) | |
| Plaintiff, | ) | 2:10-cv-02597-JAR-JPO |
| | ) | |
| v. | ) | Judge Robinson |
| | ) | Magistrate Judge O'Hara |
| ENHANCED RECOVERY | ) | |
| COMPANY, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION TO VOLUNTARILY DISMISS PURSUANT TO SETTLEMENT**

NOW COMES the Plaintiff, ADAM RUHNKE, by and through his attorneys, LARRY P. SMITH & ASSOCIATES, LTD., and for his Motion to Voluntary Dismiss, Plaintiff states as follows:

1.  Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff hereby respectfully requests that this Honorable Court enter an order reflecting that the Plaintiff voluntarily dismisses his case pursuant to a settlement agreement reached by the parties.

2.  The parties have reached a settlement accord and are in the process of resolving all remaining issues, such as the terms of the settlement agreement and the conditions for payment of the settlement proceeds.

3.  In order to ensure that this Court retain jurisdiction to enforce the settlement agreement between the parties, should the need arise, Plaintiff requests that the dismissal order relative to the above captioned matter be *without* prejudice and without costs to either party, and with leave for Plaintiff to seek reinstatement within forty-five (45) days from the date of entry of said order.

1

2

4.       Plaintiff further requests that the dismissal order reflect that if this case has not

been reinstated within forty-five (45) days from the date of entry of said order, or

a motion for reinstatement has not been filed by said date, then the dismissal of

this case shall automatically convert from a dismissal *without* prejudice to a

dismissal *with* prejudice.

Respectfully submitted,
**ADAM RUHNKE**

By:      s/ D. Matthew Durgin
Attorney for Plaintiff

Dated: December 23, 2010

D. Matthew Durgin (Atty. No.: 21557)
LARRY P. SMITH & ASSOCIATES, LTD.
8508 W. 90th Terrace
Overland Park, KS 66212
Telephone:   (913) 908-2313
                     (312) 222-9028
Facsimile:    (888) 418-1277
E-Mail:        mdurgin@smithlaw.us

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| ADAM RUHNKE, | ) | |
| | ) | |
| **Plaintiff,** | ) | **2:10-cv-02597-JAR-JPO** |
| | ) | |
| v. | ) | **Judge Robinson** |
| | ) | **Magistrate Judge O'Hara** |
| ENHANCED RECOVERY | ) | |
| COMPANY, LLC, | ) | |
| | ) | |
| **Defendant.** | ) | |

## CERTIFICATE OF SERVICE

**To:**   Ginny L. Walker
Director of Compliance and Administration
Enhanced Recovery Company, LLC
8014 Bayberry Rd.
Jacksonville, FL 32256

I, David M. Marco, an attorney, certify that on **December 23, 2010**, I shall cause to be served a copy of **Plaintiff's Motion to Voluntarily Dismiss**, upon the above named individual(s) by: depositing same in the U.S. Mail box at 205 North Michigan Avenue, 40th Floor, Chicago, IL 60601, prior to 5:00 p.m., postage prepaid; messenger delivery; Federal Express; facsimile transmitted from (888) 418-1277; email; and/or electronically via the Case Management/Electronic Case Filing system ("ECF"), as indicated below.

|   X   U.S. Mail | _____   Facsimile |
|---|---|
| _____   Messenger Delivery | _____   Email |

By: ___s/ D. Matthew Durgin___
Attorney for Plaintiff

Dated: December 23, 2010

D. Matthew Durgin (Atty. No.: 21557)
LARRY P. SMITH & ASSOCIATES, LTD.
8508 W. 90th Terrace
Overland Park, KS 66212
Telephone:   (913) 908-2313
                    (312) 222-9028
Facsimile:   (888) 418-1277
E-Mail:       mdurgin@smithlaw.us